1006

[No. 5735–1. Division One. October 16, 1978.]

*In the Matter of the Welfare of*
DONA LISA BERGER, ET AL.

Appeal from judgments of the Superior Court for King County, Nos. J–73680, J–73681, J–73682, Horton Smith, J., entered June 28, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Callow and Reed, JJ.

[No. 2745–2. Division Two. October 17, 1978.]

*In the Matter of the Marriage of* ANNICK A. SIMMONS,
*Appellant, and* CECIL A. SIMMONS,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 237826, James P. Healy, J., entered January 17, 1977. *Reversed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Soule, J.

[No. 2193–3. Division Three. October 17, 1978.]

*In the Matter of the Marriage of* BERNICE J. SCHULTZ,
*Respondent, and* FLOYD P. SCHULTZ,
*Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 66648, John C. Tuttle, J., entered November 22, 1976. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and McInturff, J.